IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

PAUL FISCHETTI
and
NIKKI BURKS

_____/

INDICTMENT

3:05cr92LAC

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United States of America requests this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendants have been arrested on state drug charges as a result of activities related to those alleged in the indictment. However, past experience has indicated that by the time a federal indictment is obtained, the defendants may well be out on bond. Out of an abundance of caution, the government would request that the subject indictment be sealed to protect against the possibility that the defendants will no longer be in custody by the time a warrant is issued in connection with the federal charges, that the defendants would then learn of the charges, and with that information either flee the area or increase the risk of harm to the arresting officers.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

OFFICE OF CLERK
NORTHERN DIST. FLA.
PENSACOLA, FLA.
05 SEP 21 PM 5: 05

FILED

WHEREFORE, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

DONE AND ORDERED this the 21st day of September 2005.

UNITED STATES MAGISTRATE JUDGE

n:\udd\forms\criminal\grandjury\mot2seal ind